THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LUIS GONZALEZ, Appellant.— No opinion. Hopkins, Acting P. J., Latham, Brennan and Benjamin, JJ., concur; Martuscello, J., dissents and votes to reverse the judgment and to grant a new trial on the ground that there was a conflict of interest between appellant and his codefendant and the trial court should have appointed different counsel for each defendant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEROY MASSEY, Appellant.—

Hopkins, Acting P. J., Martuscello, Latham, Brennan and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK Appellant, v. LOUISE PELUSO, Respondent.—

Hopkins, Acting P. J., Martuscello, Latham, Brennan and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEE POWE, Appellant.—

Christ, P. J., Munder, Latham, Kleinfeld and Brennan, JJ., concur.